UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE HOLLOW METAL PENSION FUND and TRUSTEES OF THE HOLLOW METAL TRUST FUND,

        Plaintiffs,

v.

CAPRI ALUMINUM WINDOW CORP.,

        Defendant.

**OPINION AND ORDER**

21 Civ. 10939 (ER)

Ramos, D.J.:

    A show cause hearing was scheduled for today, April 1, 2022 at 10:00 AM. *See* Doc. 18. Counsel for Plaintiff did not appear. Accordingly, the show cause hearing has been rescheduled for April 21, 2022 at 11:30 AM.

    The parties are instructed to call (877) 411 9748 and enter access code 3029857# when prompted.

    It is SO ORDERED.

Dated:  April 1, 2022
          New York, New York

                                       Edgardo Ramos, U.S.D.J.