UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE HOLLOW METAL PENSION FUND and TRUSTEES OF THE HOLLOW METAL TRUST FUND,<br><br>                              Plaintiffs,<br><br>             -against-<br><br>CAPRI ALUMINUM WINDOW CORP.<br><br>                              Defendant. | 21 Civ. 10939 (ER)<br><br>**DEFAULT JUDGMENT** |

The Complaint in this action having been duly served on the above-named Defendant CAPRI ALUMINUM WINDOW CORP., and said Defendant having failed to appear in this matter, and said default having been duly noted, and upon the annexed Declaration of Charles Virginia, Esq. with corresponding Memorandum of Law, the Declaration of Fund Administrator Denise Ortiz, and all pleadings and papers heretofore had herein;

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED, ADJUDICATED, and DECREED that Plaintiffs, have judgment against CAPRI ALUMINUM WINDOW CORP., the Defendant, with its principal place of business at 316 Onderdonk Avenue, Ridgewood, New York 11385, as follows:

1. Finding that Defendant breached its obligations under the CBA when it failed to submit to an audit;

2. Awarding Plaintiffs a monetary judgment against Defendant Capri in the amount of $27,779.49 consisting of: (1) the principal deficiency of $15,208.20; (2) interest thereon of $1,735.15; (3) liquidated damages totaling $3,041.64; (4) attorneys' fees and costs of $7,794.50;

3. Awarding the Funds interest from March 3, 2022 through the date of judgment; and

4. Awarding Plaintiffs post judgment interest pursuant to 28 U.S.C. § 1961.

_____
Edgardo Ramos, U.S.D.J
Dated: April 21, 2022
New York, New York